# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2197

_____

A+ AUTO, INC.,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE,

Appellee.

_____


On appeal from the Department of Revenue.
Mark S. Hamilton, General Counsel.

December 18, 2025


PER CURIAM.

AFFIRMED.

RAY, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael J. Bowen of Akerman LLP, Jacksonville; Lorie A. Fale of Akerman LLP, Miami; and Kristen M. Fiore of Akerman LLP, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Timothy E. Dennis, Chief Assistant Attorney General, Tallahassee; and Jacek P. Stramski, Special Counsel, Department of Revenue, Tallahassee, for Appellee.